1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| JIM HAGUEWOOD and JULIE HAGUEWOOD, husband and wife and their marital community, | |
| Plaintiffs, | NO. CV07-5247 |
| | **AGREED** ORDER CONTINUING |
| vs. | TEMPORARY RESTRAINING ORDER AND RESCHEDULING ORDER TO SHOW CAUSE |
| THE 1031 GROUP LLC, also d/b/a 1031 ADVANCE, Inc., 1031 TAX GROUP, LLC., and INVESTMENT PROPERTIES OF AMERICA, a Delaware Corporation, | |
| Defendant. | |

9

10

11

12

13

14

15

16

17    This matter having come before the Court on the agreement of the Plaintiffs Haguewood,

18    through their counsel Eisenhower & Carlson, PLLC and Michael DeLeo and defendant

19    Investment Properties of America, through its counsel Diana K. Carey of Karr Tuttle Campbell.

20    The parties are attempting to reach an agreement regarding an injunction and require additional

21    time.  Thus, they request that the Temporary Restraining Order, with regard to Investment

22    Properties of America only, be continued for one week, until the injunction hearing is held and

23    the Court has entered its ruling.

24        Being fully informed, the Court finds good cause, and therefore, it is hereby:

25        **ORDERED, ADJUDGED AND DECREED** that the parties' request to continue the

26    Temporary Restraining Order is granted, and it is further

        **ORDERED, ADJUDGED AND DECREED** that:

AGREED ORDER . . . - 1

**EISENHOWER**
EISENHOWER & CARLSON, PLLC

Washington Mutual Tower
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Tel: 206.382.1830
Fax: 206.382.1920

1        1        Defendant Investment Properties of America, its agents, employees and all other persons, firms or corporations acting or claiming to act in Defendants' behalf, or in concert or participation with Defendants, are hereby restrained from converting, transferring, liquidating, or otherwise accessing Plaintiffs' funds in the amount of $202,310.45;

2        Plaintiffs shall file a bond with a surety company in the sum of $5,000, by May 28, 2007, for payment of such costs and damages as may be incurred or suffered by any party who may be found to be wrongfully restrained or enjoined, such security to be approved by the Court.

3        This order shall expire on June 1, 2007, at 11:00 AM, unless within such time this order for good cause shown is extended for a longer period.

4        Plaintiffs' Motion for Restraining Order *Pendente Lite* is set for hearing on June 1, 2007 at 10:30 AM.

DATED this 25th day of May, 2007,


_/s/ Franklin D Burgess_
Judge Franklin D. Burgess
United States District Court Judge

Presented By:
EISENHOWER & CARLSON, PLLC


By:_____
        Michael S. DeLeo, WSBA# 22037
        Attorneys for Plaintiffs


Approved as to form by:

KARR TUTTLE CAMPBELL


By: _____
        Diana K. Carey, WSBA #16239
        Attorneys for Defendant Investment
            Properties of America


AGREED ORDER . . . - 2

08553054.DOC

EISENHOWER
EISENHOWER & CARLSON, PLLC

Washington Mutual Tower
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Tel: 206.382.1830
Fax: 206.382.1920