UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JIM HAGUEWOOD, and
JULIE HAGUEWOOD,

    Plaintiff,

THE 1031 GROUP LLC, et al.,

    Defendants.

CASE NO.   C07-5247FDB

ORDER ON NOTICE OF INTENT TO DISMISS CASE FOR FAILURE TO PROSECUTE

    The Complaint in this cause was filed on May 14, 2007.  On May 18, 2007, the Court entered a Minute Order setting September 17, 2007, as the deadline for the filing of a combined Joint Status Report. To date the plaintiff has not responded to the order requiring a joint status report.

    The plaintiff is directed to **SHOW CAUSE IN WRITING**, why there has been no response to the Order of this Court and why this action should not be **DISMISSED** for Failure to Prosecute pursuant to FCRP 41(2)(b).

    This case may  be dismissed without further notice to plaintiff on **November 28, 2007**   unless  the plaintiff files the required Joint Status Report or otherwise shows good cause, in writing, before that date.

DATED: November 13, 2007 .

_____
The Honorable Franklin D. Burgess
United States District Court Judge

Notice of Intent to Dismiss Complaint -1